Filed 10/9/15  In re C.B. CA1/5

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| In re C.B. et al., Persons Coming Under the Juvenile Court Law. | |
| CONTRA COSTA COUNTY CHILDREN AND FAMILY SERVICES BUREAU,<br><br>　　　Plaintiff and Respondent,<br><br>v.<br><br>S.L.,<br><br>　　　Defendant and Appellant. | A144296<br><br>(Contra Costa County<br>Super. Ct. Nos. J1201410, J1300822) |

Mother, S.L., appeals from orders terminating her parental rights with respect to two children on the sole ground that the Contra Costa County Children and Family Services Bureau (Bureau) failed to comply with the notice requirements of the Indian Child Welfare Act (ICWA), 25 U.S.C. § 1901 et seq.  (See Cal. Rules of Court, rule 5.481.)

By letter brief received by this court on August 7, 2015, the Bureau conceded that notice should have been sent to the appropriate tribes and the Bureau of Indian Affairs after obtaining information from the parents and relatives.  The Bureau proposed entry of a conditional reversal of the order terminating parental rights and a limited remand for compliance with the ICWA, after which the Bureau would file all the relevant documents for the trial court's review and redetermination of proper notice; if no tribe claims the

1

children are Indian children, the judgment terminating parental rights would be reinstated.

We provided appellant with the opportunity to respond to the Bureau's proposed conditional reversal. On August 26, 2015, we were advised by appellant that no response to the Bureau's proposed conditional reversal was forthcoming.

We will therefore reverse the orders terminating parental rights and remand the matter for compliance with the ICWA as proposed by the Bureau.

DISPOSITION

The orders terminating parental rights of mother S.L. are reversed and remanded for compliance with the ICWA. If no tribe claims the children are Indian children, the orders terminating parental rights will be reinstated.

_____
NEEDHAM, J.

We concur.

_____
JONES, P.J.

_____
BRUINIERS, J.